UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TONY MAURICE BELFIELD,

Petitioner,

v.

JASON PICKETT,

Respondent.

Case No. 21-cv-01838-HSG

**ORDER GRANTING EXTENSION OF TIME TO FILE IN FORMA PAUPERIS APPLICATION OR FILING FEE**

Petitioner, a state prisoner, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 16, 2021, the Court informed Petitioner that this action was deficient because Plaintiff had failed to pay the $5.00 filing fee or file an application to proceed *in forma pauperis*. Dkt. No. 2. On April 22, 2021, Petitioner filed with the Court a notice of change of address and a request for a status update. Dkt. No. 3. In light of Petitioner's recent change of address, the Court *sua sponte* grants Petitioner an extension of time to either pay the filing fee or file an *in forma pauperis* application. By May 31, 2021, Petitioner shall either pay the $5.00 filing fee or file an application to proceed *in forma pauperis*.

**IT IS SO ORDERED.**

Dated: April 30, 2021

HAYWOOD S. GILLIAM, JR.
United States District Judge