UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY MAURICE BELFIELD,<br><br>Petitioner,<br><br>v.<br><br>WARDEN BRIAN KIBLER,<br><br>Respondent. | Case No. 21-cv-01838-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER**<br><br>Re: Dkt. No. 11 |

Good cause being shown, Respondent's request for an extension of time to file his answer to the Court's Order to Show Cause is GRANTED. Dkt. No. 11. Respondent[1] shall file his answer by **October 19, 2021**. If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent within **thirty-five (35) days** of the date the answer is filed.

This order terminates Dkt. No. 11.

**IT IS SO ORDERED.**

Dated: 8/23/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

---

[1] Warden Jason Pickett is DISMISSED from this action because Warden Kibler was substituted as the proper respondent on May 21, 2021. Dkt. No. 7.