UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TONY MAURICE BELFIELD,

   Petitioner,

v.

WARDEN BRIAN KIBLER,

   Respondent.

Case No. 21-cv-01838-HSG

**ORDER GRANTING SECOND EXTENSION OF TIME TO FILE ANSWER**

Re: Dkt. No. 13

Good cause being shown, Respondent's request for an extension of time to file his answer to the Court's Order to Show Cause is GRANTED. Dkt. No. 13. Respondent[1] shall file his answer by **December 20, 2021**. If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent within **thirty-five (35) days** of the date the answer is filed.

This order terminates Dkt. No. 13.

**IT IS SO ORDERED.**

Dated: 10/25/2021

HAYWOOD S. GILLIAM, JR.
United States District Judge

---

[1] Warden Jason Pickett is DISMISSED from this action because Warden Kibler was substituted as the proper respondent on May 21, 2021. Dkt. No. 7.