United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY MAURICE BELFIELD,<br><br>   Petitioner,<br><br>   v.<br><br>BRIAN KIBLER,<br><br>   Respondent. | Case No. 21-cv-01838-HSG<br><br>**ORDER GRANTING THIRD EXTENSION OF TIME TO FILE ANSWER**<br><br>Re: Dkt. No. 15 |

Good cause being shown, Respondent's request for a third extension of time to file his answer to the Court's Order to Show Cause is GRANTED. Dkt. No. 15. Respondent shall file his answer by **January 10, 2022**. If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent within **thirty-five (35) days** of the date the answer is filed.

This order terminates Dkt. No. 15.

**IT IS SO ORDERED.**

Dated: 1/7/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge