UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY MAURICE BELFIELD,<br><br>    Petitioner,<br><br>  v.<br><br>BRIAN KIBLER,<br><br>    Respondent. | Case No. 21-cv-01838-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE**<br><br>Re: Dkt. No. 22 |

Petitioner, an inmate at High Desert State Prison, filed this *pro se* action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging a conviction from Contra Costa County Superior Court. Petitioner has recently filed a request for a status update, stating that his traverse was filed in February 2022. No traverse was received by the Court. The Court *sua sponte* GRANTS Petitioner an extension of time to file his traverse. Within twenty-eight (28) days from the date of this order, Petitioner shall file his traverse with the Court.

**IT IS SO ORDERED.**

Dated: 7/8/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge