UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY MAURICE BELFIELD,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>BRIAN KIBLER,<br><br>　　　　　Respondent. | Case No. 21-cv-01838-HSG  (PR)<br><br>**JUDGMENT** |

The petition for writ of habeas corpus is denied.  The Clerk shall enter judgment in favor of Petitioner, and against Respondent.

**IT IS SO ORDERED.**

Dated:   12/29/2022

　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　United States District Judge